```
Aargon Collection Agency
8668 Spring Mountain Rd, Ste 110
Las Vegas, NV 89113

Acima Credit
9815 South Monroe Street
4th Floor
Sandy, UT 84070

ADT Security Systems
3401 Rider Trail S
Earth City, MO 63045

Affiliated Management Services
Attn: Bankruptcy
5651 Broadmoor
Mission, KS 66202

Allied Interstate
PO Box 19326
Minneapolis, MN 55419

Amcol Systems
PO Box 21625
Columbia, SC 29221

American First Finance
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356

Analytical Pathology Services
PO Box 144333
Orlando, FL 32814

BJC HealthCare
PO Box 958410
Saint Louis, MO 63195

Brother Loan
327 Missouri Ave, Ste 504
Aberdeen, KY 42201

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Check Mate Lending
7647 W 63rd St
Summit Argo, IL 60501
```

```
Clarkson Eyecare
AR Department
PO Box 1129
Ballwin, MO 63022

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Crystal Rock Finance
5610 Delmar Blvd
Saint Louis, MO 63112

Day Knight & Assoc
15559 Manchester Rd
Ballwin, MO 63011

EOS CCA
PO Box 329
Norwell, MA 02061

First Key Homes
3797 Rider Trail S
Earth City, MO 63045

First Key Homes
3797 Rider Trail S
Earth City, MO 63045

Florissant Municipal Crtrm
4575 Washington St
Florissant, MO 63031

Focus Receivables Management, LLC
1130 Northchase Parkway Se
Suite 150
Marietta, GA 30067

Frost Arnett
PO Box 198988
Nashville, TN 37219

Health Lab
PO Box 4090
Carol Stream, IL 60197

IC Systems
PO Box 64437
Saint Paul, MN 55164

Iq Data International
Attn: Bankruptcy
Po Box 340
Bothell, WA 98041
```

```
IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Jm Associate
8019 Bayberry Rd
Jacksonville, FL 32256

Jm Associate
8019 Bayberry Rd
Jacksonville, FL 32256

Jm Associate
8019 Bayberry Rd
Jacksonville, FL 32256

Jm Associate
8019 Bayberry Rd
Jacksonville, FL 32256

Lab Corp
PO Box 2240
Burlington, NC 27216

LCA Collections
PO Box 2240
Burlington, NC 27216

Linebarger, LLP
900 Arion Parkway, Suite 104
San Antonio, TX 78216

Mazda Financial
6400 Main Street, Suite 200
Buffalo, NY 14221

Medicredit
PO Box 1629
Maryland Heights, MO 63043

Medicredit, Inc.
Attn: Bankruptcy
Po Box 1629
Maryland Heights, MO 63043

Medicredit, Inc.
Attn: Bankruptcy
Po Box 1629
Maryland Heights, MO 63043

Midland Credit Management
350 Camino De La Reina, Suite 100
San Diego, CA 92108
```

```
Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108

Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105

One Advantage
7650 Magna Dr
Belleville, IL 62223

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Parkway Pathology Group
PO Box 3475
Toledo, OH 43607

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Receivable Solutions Inc
PO Box 1984
Southgate, MI 48195

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Sequium Asset Solutions LLC
1130 Northcahase Parkway, Ste 150
Southgate, MI 48195

SSM Health
1145 Corporate Lake Dr
Saint Louis, MO 63132
```

```
St Louis Behavioral Halth Services
12255 DePaul Dr, Ste 490
Bridgeton, MO 63044

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

Steven Baak MD
3440 De Paul Lane, Suite 113
Bridgeton, MO 63044

Sunbit
P O Box 24010
Los Angeles, CA 90024

Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735

Tab/sunbit
Attn: Bankruptcy
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024

Total Card
5109 S Broadband Lane
Sioux Falls, SD 57108

Transworld Systems
2135 E Primrose, Suite Q
Springfield, MO 65804

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

Washington University Physicians
Campus Box 8502
4444 Forest Park Ave
Suite 1101
Saint Louis, MO 63108
```