Certificate Number: 13858-MOE-CC-037413393



13858-MOE-CC-037413393

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 8, 2023, at 8:29 o'clock PM CDT, Sherrizon Crews received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Missouri, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  May 8, 2023                    By:    /s/Rebecca McDaniel

                                      Name:  Rebecca McDaniel

                                      Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).