865-4
Case 23-41626
Eastern District of Missouri
St. Louis
Tue May 16 11:18:09 CDT 2023

Fourth Floor
St. Louis, MO 63102-1125

3401 Rider Trail S
Earth City, MO 63045-1110

Argon Collection Agency
3668 Spring Mountain Rd, Ste 110
Las Vegas, NV 89117-4132

Acima Credit
9815 South Monroe Street
4th Floor
Sandy, UT 84070-4384

Affiliated Management Services
Attn: Bankruptcy
5651 Broadmoor
Mission, KS 66202-2407

Allied Interstate
PO Box 19326
Minneapolis, MN 55419-0326

Amcol Systems
PO Box 21625
Columbia, SC 29221-1625

American First Finance
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356-5848

Analytical Pathology Services
PO Box 144333
Orlando, FL 32814-4333

(p)BJC HEALTHCARE
PO BOX 958410
SAINT LOUIS MO 63195-8410

Brother Loan
327 Missouri Ave, Ste 504
Aberdeen, KY 42201

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

CarShield
Attn. Payroll Department
339 Mid Rivers Mall Dr
St Peters, MO 63376-1516

Check Mate Lending
7647 W 63rd St
Summit Argo, IL 60501-1811

Clarkson Eyecare
AR Department
PO Box 1129
Ballwin, MO 63022-1129

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

(p)CRYSTAL ROCK FINANCE L L C
7639 W 63RD ST
SUMMIT IL 60501-1811

Day Knight & Assoc
15559 Manchester Rd
Ballwin, MO 63011-3001

EOS CCA
PO Box 329
Norwell, MA 02061-0329

First Key Homes
3797 Rider Trail S
Earth City, MO 63045-1114

Florissant Municipal Crtrm
1575 Washington St
Florissant, MO 63033-5848

(p)FOCUS RECEIVABLES MANAGEMENT LLC
1130 NORTHCHASE PARKWAY STE 150
MARIETTA GA 30067-6429

(p)FROST ARNETT
BANKRUPTCY DEPARTMENT
PO BOX 198988
NASHVILLE TN 37219-8988

Health Lab
PO Box 4090
Carol Stream, IL 60197-4090

IC Systems
PO Box 64437
Saint Paul, MN 55164-0437

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101-7346

Iq Data International
Attn: Bankruptcy
Po Box 340
Bothell, WA 98041-0340

Jm Associate
8019 Bayberry Rd
Jacksonville, FL 32256-7411

(p)LCA COLLECTIONS
ATTN ATTN GOVT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

900 Arion Parkway, Suite 104
San Antonio, TX 78216-2872

6400 Main Street, Suite 200
Buffalo, NY 14221-5803


Medicredit
PO Box 1629
Maryland Heights, MO 63043-0629

Medicredit, Inc.
Attn: Bankruptcy
Po Box 1629
Maryland Heights, MO 63043-0629

Midland Credit Management
350 Camino De La Reina, Suite 100
San Diego, CA 92108-3007


Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108-3007

Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105-0385

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127


(p)ONE ADVANTAGE LLC
5232 W STATE RD 2
LAPORTE IN 46350-5469

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

Parkway Pathology Group
PO Box 3475
Toledo, OH 43607-0475


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Receivable Solutions Inc
PO Box 1984
Southgate, MI 48195-0984

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497


SSM Health
2145 Corporate Lake Dr
Saint Louis, MO 63132-2907

Sequium Asset Solutions LLC
1130 Northcahase Parkway, Ste 150
Southgate, MI 48195

St Louis Behavioral Halth Services
12255 DePaul Dr, Ste 490
Bridgeton, MO 63044-2513


(p)ST LOUIS COUNTY COLLECTOR OF REVENUE
41 S CENTRAL AVE
SAINT LOUIS MO 63105-1721

Steven Baak MD
3440 De Paul Lane, Suite 113
Bridgeton, MO 63044-3546

(p)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010


Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735-9100

Total Card
5109 S Broadband Lane
Sioux Falls, SD 57108-2208

Transworld Systems
2135 E Primrose, Suite Q
Springfield, MO 65804-4598


(p)U S ATTORNEY'S OFFICE
111 SOUTH TENTH STREET ROOM 20 333
ST LOUIS MO 63102-1128

(p)WAKEFIELD & ASSOCIATES
PO BOX 51272
KNOXVILLE TN 37950-1272

Washington University Physicians
Campus Box 8502
4444 Forest Park Ave
Suite 1101
Saint Louis, MO 63108-2212


Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143-0908

Sherrizon L Crews
2182 Central Parkway
Florissant, MO 63031-2806

William H. Ridings Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO 63144-2326

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| WC HealthCare<br>PO Box 958410<br>Saint Louis, MO 63195 | Crystal Rock Finance<br>5610 Delmar Blvd<br>Saint Louis, MO 63112 | Focus Receivables Management, LLC<br>1130 Northchase Parkway Se<br>Suite 150<br>Marietta, GA 30067 |
| Frost Arnett<br>PO Box 198988<br>Nashville, TN 37219 | LCA Collections<br>PO Box 2240<br>Burlington, NC 27216 | Lab Corp<br>PO Box 2240<br>Burlington, NC 27216 |
| One Advantage<br>7650 Magna Dr<br>Belleville, IL 62223 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | St Louis County Collector of Revenue<br>41 South Central Ave<br>Saint Louis, MO 63105 |
| Sunbit<br>P O Box 24010<br>Los Angeles, CA 90024 | (d)Tab/sunbit<br>Attn: Bankruptcy<br>10880 Wilshire Blv Suite 870<br>Los Angeles, CA 90024 | United States Attorney<br>111 South 10th Street<br>20th Floor<br>St. Louis MO 63102 |
| Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909 | End of Label Matrix<br>Mailable recipients     59<br>Bypassed recipients      0<br>Total                   59 | |