UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | CASE NO. 23-41626 |
| ) | Chapter 13 |
| ) | Amended Notice of Hearing |
| Sherrizon L Crews ) | |
| Debtor ) | Hearing Date: 06/01/2023 |
| ) | Hearing Time: 11:00 AM |
| Diana Daugherty ) | Courtroom 7 North |
| ) | |
| Trustee. ) | William H Ridings, Jr., |
| ) | 2510 S. Brentwood Blvd., Ste. 205 |
| ) | Brentwood, MO 63144 |

### Amended Notice of Hearing for Motion to Extend the Automatic Stay

Comes now, the above Debtor through her attorney has requested that he file an Amended Notice of Hearing.

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A REPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

PLEASE TAKE NOTICE: The Motion to Extend the Automatic stay is scheduled for hearing on June 01, 2023 at 11:00am.

WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A REPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY MAY 26, 2023. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAYBE GRANTED

**WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Date: May 17, 2023

Respectfully submitted,

/s/ William H. Ridings, Jr.
William H. Ridings, Jr., #38672,
2510 South Brentwood, Ste. 205
Brentwood, MO  63144
(314)968-1313
(314)968-1302 fax
ridingslaw2003@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **May 17, 2023** with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **May 17, 2023** with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addresses to those parties listed on the Court's Manual Notice List and listed below on **May 17 , 2023.**

: /s/ William Ridings, Jr.,

See attached matrix

Sherrizon L Crews
2182 Central Parkway
Florissant, MO  63031