```
Label Matrix for local noticing        111 South Tenth Street              ADT Security Systems
0865-4                                  Fourth Floor                        3401 Rider Trail S
Case 23-41626                           St. Louis, MO 63102-1125            Earth City, MO 63045-1110
Eastern District of Missouri
St. Louis
Tue May 16 11:18:09 CDT 2023

Argon Collection Agency                 Acima Credit                        Affiliated Management Services
2668 Spring Mountain Rd, Ste 110        9815 South Monroe Street            Attn: Bankruptcy
Las Vegas, NV 89117-4132                4th Floor                           5651 Broadmoor
                                        Sandy, UT 84070-4384                Mission, KS 66202-2407


Allied Interstate                       Amcol Systems                       American First Finance
PO Box 19326                            PO Box 21625                        Attn: Bankruptcy
Minneapolis, MN 55419-0326              Columbia, SC 29221-1625             Po Box 565848
                                                                            Dallas, TX 75356-5848


Analytical Pathology Services           (p)BJC HEALTHCARE                   Brother Loan
PO Box 144333                           PO BOX 958410                       327 Missouri Ave, Ste 504
Orlando, FL 32814-4333                  SAINT LOUIS MO 63195-8410           Aberdeen, KY 42201


Capital One                             CarShield                           Check Mate Lending
Attn: Bankruptcy                        Attn. Payroll Department            7647 W 63rd St
Po Box 30285                            339 Mid Rivers Mall Dr              Summit Argo, IL 60501-1811
Salt Lake City, UT 84130-0285           St Peters, MO 63376-1516


Clarkson Eyecare                        Credit Collection Services          (p)CRYSTAL ROCK FINANCE L L C
HR Department                           Attn: Bankruptcy                    7639 W 63RD ST
PO Box 1129                             725 Canton St                       SUMMIT IL 60501-1811
Ballwin, MO 63022-1129                  Norwood, MA 02062-2679


Day Knight & Assoc                      EOS CCA                             First Key Homes
15559 Manchester Rd                     PO Box 329                          3797 Rider Trail S
Ballwin, MO 63011-3001                  Norwell, MA 02061-0329              Earth City, MO 63045-1114


Florissant Municipal Crtrm              (p)FOCUS RECEIVABLES MANAGEMENT LLC (p)FROST ARNETT
575 Washington St                       1130 NORTHCHASE PARKWAY STE 150     BANKRUPTCY DEPARTMENT
Florissant, MO 63033-5848               MARIETTA GA 30067-6429              PO BOX 198988
                                                                            NASHVILLE TN 37219-8988


Health Lab                              IC Systems                          IRS
PO Box 4090                             PO Box 64437                        PO Box 7346
Carol Stream, IL 60197-4090             Saint Paul, MN 55164-0437           Insolvency Unit
                                                                            Philadelphia, PA 19101-7346


Iq Data International                   Jm Associate                        (p)LCA COLLECTIONS
Attn: Bankruptcy                        8019 Bayberry Rd                    ATTN ATTN GOVT AUDITS
Po Box 340                              Jacksonville, FL 32256-7411         PO BOX 2270
Bothell, WA 98041-0340                                                      BURLINGTON NC 27216-2270
```

| | | |
|---|---|---|
| (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 | Linebarger LLP<br>900 Arion Parkway, Suite 104<br>San Antonio, TX 78216-2872 | Mazda Financial<br>6400 Main Street, Suite 200<br>Buffalo, NY 14221-5803 |
| Medicredit<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | Medicredit, Inc.<br>Attn: Bankruptcy<br>Po Box 1629<br>Maryland Heights, MO 63043-0629 | Midland Credit Management<br>350 Camino De La Reina, Suite 100<br>San Diego, CA 92108-3007 |
| Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Missouri Dept of Revenue<br>Taxation Division<br>PO Box 385<br>Jefferson City, MO 65105-0385 | Office of US Trustee<br>111 S Tenth St, Ste 6.353<br>St. Louis, MO 63102-1127 |
| (p)ONE ADVANTAGE LLC<br>1232 W STATE RD 2<br>LAPORTE IN 46350-5469 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Parkway Pathology Group<br>PO Box 3475<br>Toledo, OH 43607-0475 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Receivable Solutions Inc<br>PO Box 1984<br>Southgate, MI 48195-0984 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| SSM Health<br>1145 Corporate Lake Dr<br>Saint Louis, MO 63132-2907 | Sequium Asset Solutions LLC<br>1130 Northcahase Parkway, Ste 150<br>Southgate, MI 48195 | St Louis Behavioral Halth Services<br>12255 DePaul Dr, Ste 490<br>Bridgeton, MO 63044-2513 |
| (p)ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>SAINT LOUIS MO 63105-1721 | Steven Baak MD<br>3440 De Paul Lane, Suite 113<br>Bridgeton, MO 63044-3546 | (p)SUNBIT INC<br>ATTN LEGAL AND COMPLIANCE<br>PO BOX 24010<br>LOS ANGELES CA 90024-0010 |
| Sunrise Credit Services<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | Total Card<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2208 | Transworld Systems<br>2135 E Primrose, Suite Q<br>Springfield, MO 65804-4598 |
| (p)U S ATTORNEY'S OFFICE<br>111 SOUTH TENTH STREET ROOM 20 333<br>ST LOUIS MO 63102-1128 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Washington University Physicians<br>Campus Box 8502<br>4444 Forest Park Ave<br>Suite 1101<br>Saint Louis, MO 63108-2212 |
| Diana S. Daugherty<br>Chapter 13 Trustee<br>P. O. Box 430908<br>St. Louis, MO 63143-0908 | Sherrizon L Crews<br>2182 Central Parkway<br>Florissant, MO 63031-2806 | William H. Ridings Jr.<br>Ridings Law Firm<br>2510 S. Brentwood Blvd, Ste. 205<br>St. Louis, MO 63144-2326 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

WC HealthCare
PO Box 958410
Saint Louis, MO 63195

Crystal Rock Finance
5610 Delmar Blvd
Saint Louis, MO 63112

Focus Receivables Management, LLC
1130 Northchase Parkway Se
Suite 150
Marietta, GA 30067

Frost Arnett
PO Box 198988
Nashville, TN 37219

LCA Collections
PO Box 2240
Burlington, NC 27216

Lab Corp
PO Box 2240
Burlington, NC 27216

One Advantage
650 Magna Dr
Belleville, IL 62223

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

Sunbit
PO Box 24010
Los Angeles, CA 90024

(d)Tab/sunbit
Attn: Bankruptcy
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024

United States Attorney
111 South 10th Street
20th Floor
St. Louis MO 63102

Wakefield & Associates
Attn: Bankruptcy
8005 Middlebrook Pike
Knoxville, TN 37909

End of Label Matrix
Mailable recipients    59
Bypassed recipients     0
Total                  59