**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **CASE NO. 23-41626** |
| | ) | **Chapter 13** |
| | ) | **Motion to Extend Stay** |
| **Sherrizon L Crews** | ) | |
| Debtor | ) | Hearing Date:  06/05/23 |
| | ) | Hearing Time:  10:00 AM |
| **Diana Daugherty** | ) | **Courtroom 7 North** |
| | ) | |
| Trustee. | ) | **William H Ridings, Jr.,** |
| | ) | **2510 S. Brentwood Blvd., Ste. 205** |
| | ) | **Brentwood, MO 63144** |

### Motion to Extend the Automatic Stay

Comes now, the above Debtor through her attorney has requested that she file a Motion to Extend the Automatic Stay states as follows:

1. Debtor filed the above captioned case in good faith on May 09, 2023.

2. Debtor filed previous case on August 19, 2021 being case #21-43072 that was dismissed on April 18, 2023 when the debtor moved to dismiss that case.

3. Pursuant to 11 USC Section 362(c )(3)(A) the automatic stay will expire on the 30th day after filing the above captioned case.

4. The court may extend the automatic stay for the life of the case pursuant to 11 USC Section 362 (c) (3)(B).

5. Debtor's current case is filed in good faith. Debtor has filed all necessary schedules and paid all filing fees.

6. If the automatic stay is not extended, Debtor could lose their residence due to eviction.

7. Debtors change in circumstances is that she had a car that blew an engine that she will surrender in the current case, and she purchased another car that she will pay for in the new case.

**Wherefore,** Debtors respectfully requests that this court continue the automatic stay in this case to the conclusion of the case, and for any and all further relief which this Court deems just and proper in the premises.

Respectfully submitted,

Date: May 16, 2023

/s/ William H. Ridings, Jr.

William H. Ridings, Jr., #38672,
2510 South Brentwood, Ste. 205
Brentwood, MO  63144
(314)968-1313
(314)968-1302 fax
ridingslaw2003@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **May 16, 2023** with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **May 16, 2023** with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addresses to those parties listed on the Court's Manual Notice List and listed below on **May 16, 2023.**

: /s/ William Ridings, Jr.,


Sherrizon L Crews
2182 Central Parkway
St. Louis, MO 63031

See Attached Matrix