## UNITED STATES BANKRUPCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | CASE NO. 23-41626 |
| ) | Chapter 13 |
| ) | Amended Notice of Hearing |
| Sherrizon L Crews ) | |
| Debtor ) | Hearing Date: 06/01/2023 |
| ) | Hearing Time: 11:00 AM |
| Diana Daugherty ) | Courtroom 7 North |
| ) | |
| Trustee. ) | William H Ridings, Jr., |
| ) | 2510 S. Brentwood Blvd., Ste. 205 |
| ) | Brentwood, MO 63144 |

### Amended Notice of Hearing for Motion to Extend the Automatic Stay

Comes now, the above Debtor through her attorney has requested that he file an Amended Notice of Hearing.

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A REPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

PLEASE TAKE NOTICE: The Motion to Extend the Automatic stay is scheduled for hearing on June 01, 2023 at 11:00am.

WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A REPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY MAY 26, 2023. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAYBE GRANTED

WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Date: May 17, 2023

Respectfully submitted,

/s/ William H. Ridings, Jr.
William H. Ridings, Jr., #38672,
2510 South Brentwood, Ste. 205
Brentwood, MO  63144
(314)968-1313
(314)968-1302 fax
ridingslaw2003@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **May 17, 2023** with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **May 17, 2023** with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addresses to those parties listed on the Court's Manual Notice List and listed below on **May 17 , 2023.**

: /s/ William Ridings, Jr.,

See attached matrix

Sherrizon L Crews
2182 Central Parkway
Florissant, MO  63031

Label Matrix for local noticing
0865-4
Case 23-41626
Eastern District of Missouri
St. Louis
Tue May 16 11:18:09 CDT 2023

1 Corporate Woods Dr
Fourth Floor
St. Louis, MO 63102-1125

Security Equipment
3401 Rider Trail S
Earth City, MO 63045-1110

Argon Collection Agency
2668 Spring Mountain Rd, Ste 110
Las Vegas, NV 89117-4132

Acima Credit
9815 South Monroe Street
4th Floor
Sandy, UT 84070-4384

Affiliated Management Services
Attn: Bankruptcy
5651 Broadmoor
Mission, KS 66202-2407

Allied Interstate
PO Box 19326
Minneapolis, MN 55419-0326

Amcol Systems
PO Box 21625
Columbia, SC 29221-1625

American First Finance
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356-5848

Analytical Pathology Services
PO Box 144333
Orlando, FL 32814-4333

(p)BJC HEALTHCARE
PO BOX 958410
SAINT LOUIS MO 63195-8410

Brother Loan
327 Missouri Ave, Ste 504
Aberdeen, KY 42201

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

CarShield
Attn. Payroll Department
339 Mid Rivers Mall Dr
St Peters, MO 63376-1516

Check Mate Lending
7647 W 63rd St
Summit Argo, IL 60501-1811

Clarkson Eyecare
HR Department
PO Box 1129
Ballwin, MO 63022-1129

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

(p)CRYSTAL ROCK FINANCE L L C
7639 W 63RD ST
SUMMIT IL 60501-1811

Day Knight & Assoc
15559 Manchester Rd
Ballwin, MO 63011-3001

EOS CCA
PO Box 329
Norwell, MA 02061-0329

First Key Homes
3797 Rider Trail S
Earth City, MO 63045-1114

Florissant Municipal Crtrm
1575 Washington St
Florissant, MO 63033-5848

(p)FOCUS RECEIVABLES MANAGEMENT LLC
1130 NORTHCHASE PARKWAY STE 150
MARIETTA GA 30067-6429

(p)FROST ARNETT
BANKRUPTCY DEPARTMENT
PO BOX 198988
NASHVILLE TN 37219-8988

Health Lab
PO Box 4090
Carol Stream, IL 60197-4090

IC Systems
PO Box 64437
Saint Paul, MN 55164-0437

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101-7346

Iq Data International
Attn: Bankruptcy
Po Box 340
Bothell, WA 98041-0340

Jm Associate
8019 Bayberry Rd
Jacksonville, FL 32256-7411

(p)LCA COLLECTIONS
ATTN ATTN GOVT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

| | | |
|---|---|---|
| (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 | Lederman Law Firm<br>900 Arion Parkway, Suite 117<br>San Antonio, TX 78216-2872 | M&T Bank<br>Legal Document Processing<br>6400 Main Street, Suite 200<br>Buffalo, NY 14221-5803 |
| Medicredit<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | Medicredit, Inc.<br>Attn: Bankruptcy<br>Po Box 1629<br>Maryland Heights, MO 63043-0629 | Midland Credit Management<br>350 Camino De La Reina, Suite 100<br>San Diego, CA 92108-3007 |
| Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Missouri Dept of Revenue<br>Taxation Division<br>PO Box 385<br>Jefferson City, MO 65105-0385 | Office of US Trustee<br>111 S Tenth St, Ste 6.353<br>St. Louis, MO 63102-1127 |
| (p)ONE ADVANTAGE LLC<br>1232 W STATE RD 2<br>LAPORTE IN 46350-5469 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Parkway Pathology Group<br>PO Box 3475<br>Toledo, OH 43607-0475 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Receivable Solutions Inc<br>PO Box 1984<br>Southgate, MI 48195-0984 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| SSM Health<br>1145 Corporate Lake Dr<br>Saint Louis, MO 63132-2907 | Sequium Asset Solutions LLC<br>1130 Northcahase Parkway, Ste 150<br>Southgate, MI 48195 | St Louis Behavioral Halth Services<br>12255 DePaul Dr, Ste 490<br>Bridgeton, MO 63044-2513 |
| (p)ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>SAINT LOUIS MO 63105-1721 | Steven Baak MD<br>3440 De Paul Lane, Suite 113<br>Bridgeton, MO 63044-3546 | (p)SUNBIT INC<br>ATTN LEGAL AND COMPLIANCE<br>PO BOX 24010<br>LOS ANGELES CA 90024-0010 |
| Sunrise Credit Services<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | Total Card<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2208 | Transworld Systems<br>2135 E Primrose, Suite Q<br>Springfield, MO 65804-4598 |
| (p)U S ATTORNEY'S OFFICE<br>111 SOUTH TENTH STREET ROOM 20 333<br>ST LOUIS MO 63102-1128 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Washington University Physicians<br>Campus Box 8502<br>4444 Forest Park Ave<br>Suite 1101<br>Saint Louis, MO 63108-2212 |
| Diana S. Daugherty<br>Chapter 13 Trustee<br>P. O. Box 430908<br>St. Louis, MO 63143-0908 | Sherrizon L Crews<br>2182 Central Parkway<br>Florissant, MO 63031-2806 | William H. Ridings Jr.<br>Ridings Law Firm<br>2510 S. Brentwood Blvd, Ste. 205<br>St. Louis, MO 63144-2326 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BJC HealthCare
PO Box 958410
Saint Louis, MO 63195

Crystal Rock Finance
5610 Delmar Blvd
Saint Louis, MO 63112

Focus Receivables Management, LLC
1130 Northchase Parkway Se
Suite 150
Marietta, GA 30067

Frost Arnett
PO Box 198988
Nashville, TN 37219

LCA Collections
PO Box 2240
Burlington, NC 27216

Lab Corp
PO Box 2240
Burlington, NC 27216

One Advantage
'650 Magna Dr
Belleville, IL 62223

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

Sunbit
PO Box 24010
Los Angeles, CA 90024

(d)Tab/sunbit
Attn: Bankruptcy
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024

United States Attorney
111 South 10th Street
20th Floor
St. Louis MO 63102

Wakefield & Associates
Attn: Bankruptcy
'005 Middlebrook Pike
Knoxville, TN 37909

End of Label Matrix
Mailable recipients    59
Bypassed recipients     0
Total                  59

## UNITED STATES BANKRUPCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **CASE NO. 23-41626** |
| | ) | **Chapter 13** |
| | ) | **Motion to Extend Stay** |
| **Sherrizon L Crews** | ) | |
| Debtor | ) | Hearing Date: 06/05/23 |
| | ) | Hearing Time: 10:00 AM |
| **Diana Daugherty** | ) | Courtroom 7 North |
| | ) | |
| Trustee. | ) | **William H Ridings, Jr.,** |
| | ) | **2510 S. Brentwood Blvd., Ste. 205** |
| | ) | **Brentwood, MO 63144** |

### Motion to Extend the Automatic Stay

Comes now, the above Debtor through her attorney has requested that she file a Motion to Extend the Automatic Stay states as follows:

1. Debtor filed the above captioned case in good faith on May 09, 2023.

2. Debtor filed previous case on August 19, 2021 being case #21-43072 that was dismissed on April 18, 2023 when the debtor moved to dismiss that case.

3. Pursuant to 11 USC Section 362(c)(3)(A) the automatic stay will expire on the 30th day after filing the above captioned case.

4. The court may extend the automatic stay for the life of the case pursuant to 11 USC Section 362 (c) (3)(B).

5. Debtor's current case is filed in good faith. Debtor has filed all necessary schedules and paid all filing fees.

6. If the automatic stay is not extended, Debtor could lose their residence due to eviction.

7. Debtors change in circumstances is that she had a car that blew an engine that she will surrender in the current case, and she purchased another car that she will pay for in the new case.

**Wherefore**, Debtors respectfully requests that this court continue the automatic stay in this case to the conclusion of the case, and for any and all further relief which this Court deems just and proper in the premises.

Respectfully submitted,

Date: May 16, 2023

/s/ William H. Ridings, Jr.

William H. Ridings, Jr., #38672,
2510 South Brentwood, Ste. 205
Brentwood, MO 63144
(314)968-1313
(314)968-1302 fax
ridingslaw2003@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **May 16, 2023** with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **May 16, 2023** with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addresses to those parties listed on the Court's Manual Notice List and listed below on **May 16, 2023.**

: /s/ William Ridings, Jr.,

Sherrizon L Crews
2182 Central Parkway
St. Louis, MO 63031

See Attached Matrix