**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**  Case No.: 23–41626 – A659
Sherrizon L Crews  Chapter: 13
**Debtor(s)**

## ORDER

   The Debtor's Motion to Extend the Automatic Stay Provision of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(c)(3)(B) was filed and after notice and hearing and no party in interest, creditor or the Chapter 13 Trustee filed a response to the Debtor's Motion or any response was considered at the hearing and the Debtor demonstrated a substantial change in financial or personal affairs since dismissal of the previous bankruptcy case; therefore,

   IT IS HEREBY ORDERED that the Debtor's Motion to Extend the Automatic Stay is GRANTED in that the provisions of 11 U.S.C. § 362(a) are hereby extended and shall remain in effect as to all creditors until further order of this Court.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 6/1/23
**St. Louis, Missouri**
**Rev. 10/19 oextsygr**