**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**  Case No.: 23–41626 – A659
Sherrizon L Crews  Chapter: 13

**Debtor(s)**

### ORDER

   The Debtor's Motion to Extend the Automatic Stay Provision of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(c)(3)(B) was filed and after notice and hearing and no party in interest, creditor or the Chapter 13 Trustee filed a response to the Debtor's Motion or any response was considered at the hearing and the Debtor demonstrated a substantial change in financial or personal affairs since dismissal of the previous bankruptcy case; therefore,

   IT IS HEREBY ORDERED that the Debtor's Motion to Extend the Automatic Stay is GRANTED in that the provisions of 11 U.S.C. § 362(a) are hereby extended and shall remain in effect as to all creditors until further order of this Court.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 6/1/23
**St. Louis, Missouri**
**Rev. 10/19 oextsygr**

United States Bankruptcy Court
Eastern District of Missouri

In re: Case No. 23-41626-kss
Sherrizon L Crews Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 4
Date Rcvd: Jun 01, 2023      Form ID: oextsygr      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherrizon L Crews, 2182 Central Parkway, Florissant, MO 63031-2806 |
| 25366805 | + | Analytical Pathology Services, PO Box 144333, Orlando, FL 32814-4333 |
| 25366807 | | Brother Loan, 327 Missouri Ave, Ste 504, Aberdeen, KY 42201 |
| 25368068 | + | CarShield, Attn. Payroll Department, 339 Mid Rivers Mall Dr, St Peters, MO 63376-1516 |
| 25366810 | + | Clarkson Eyecare, AR Department, PO Box 1129, Ballwin, MO 63022-1129 |
| 25366813 | + | Day Knight & Assoc, 15559 Manchester Rd, Ballwin, MO 63011-3001 |
| 25366818 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 25366815 | + | First Key Homes, 3797 Rider Trail S, Earth City, MO 63045-1114 |
| 25366817 | + | Florissant Municipal Crtrm, 4575 Washington St, Florissant, MO 63033-5848 |
| 25366820 | + | Health Lab, PO Box 4090, Carol Stream, IL 60197-4090 |
| 25366824 | + | Jm Associate, 8019 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 25366830 | + | Linebarger, LLP, 900 Arion Parkway, Suite 104, San Antonio, TX 78216-2872 |
| 25366831 | + | Mazda Financial, 6400 Main Street, Suite 200, Buffalo, NY 14221-5803 |
| 25366840 | + | Parkway Pathology Group, PO Box 3475, Toledo, OH 43607-0475 |
| 25366844 | + | Receivable Solutions Inc, PO Box 1984, Southgate, MI 48195-0984 |
| 25366846 | | Sequium Asset Solutions LLC, 1130 Northcahase Parkway, Ste 150, Southgate, MI 48195 |
| 25366848 | + | St Louis Behavioral Halth Services, 12255 DePaul Dr, Ste 490, Bridgeton, MO 63044-2513 |
| 25366850 | + | Steven Baak MD, 3440 De Paul Lane, Suite 113, Bridgeton, MO 63044-3546 |
| 25366858 | + | Washington University Physicians, Campus Box 8502, 4444 Forest Park Ave, Suite 1101, Saint Louis, MO 63108-2212 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25366800 | + | Email/Text: amscbankruptcy@adt.com | Jun 01 2023 23:46:00 | ADT Security Systems, 3401 Rider Trail S, Earth City, MO 63045-1110 |
| 25366798 | + | Email/Text: aargon@ebn.phinsolutions.com | Jun 01 2023 23:46:00 | Aargon Collection Agency, 8668 Spring Mountain Rd, Ste 110, Las Vegas, NV 89117-4132 |
| 25366799 | + | Email/Text: bankruptcy@acimacredit.com | Jun 01 2023 23:46:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 25366801 | + | Email/Text: amccoyams@yahoo.com | Jun 01 2023 23:46:00 | Affiliated Management Services, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 25366802 | ^ | MEBN | Jun 01 2023 23:41:55 | Allied Interstate, PO Box 19326, Minneapolis, MN 55419-0326 |
| 25366803 | ^ | MEBN | Jun 01 2023 23:40:57 | Amcol Systems, PO Box 21625, Columbia, SC 29221-1625 |
| 25366804 | + | Email/PDF: bncnotices@becket-lee.com | Jun 01 2023 23:53:09 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 25373333 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Record # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 01 2023 23:53:05 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25366806 | | Email/Text: rcmbr@bjc.org | Jun 01 2023 23:46:00 | BJC HealthCare, PO Box 958410, Saint Louis, MO 63195 |
| 25366812 | | Email/Text: bkdept@crystalrockfin.com | Jun 01 2023 23:47:00 | Crystal Rock Finance, 5610 Delmar Blvd, Saint Louis, MO 63112 |
| 25366808 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2023 23:53:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25374191 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2023 23:53:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 25366809 | + | Email/Text: bkdept@aaacheckmate.com | Jun 01 2023 23:47:00 | Check Mate Lending, 7647 W 63rd St, Summit Argo, IL 60501-1811 |
| 25366811 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 01 2023 23:46:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25366814 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 01 2023 23:46:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 25366819 | | Email/Text: bankruptcy@frost-arnett.com | Jun 01 2023 23:45:00 | Frost Arnett, PO Box 198988, Nashville, TN 37219 |
| 25366821 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 01 2023 23:46:00 | IC Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 25366823 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2023 23:46:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25366822 | + | Email/Text: RCG_ComplianceDept@assurant.com | Jun 01 2023 23:45:00 | Iq Data International, Attn: Bankruptcy, Po Box 340, Bothell, WA 98041-0340 |
| 25366828 | | Email/Text: govtaudits@labcorp.com | Jun 01 2023 23:45:00 | Lab Corp, PO Box 2240, Burlington, NC 27216 |
| 25366829 | | Email/Text: govtaudits@labcorp.com | Jun 01 2023 23:45:00 | LCA Collections, PO Box 2240, Burlington, NC 27216 |
| 25373331 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2023 23:53:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25366832 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Jun 01 2023 23:46:00 | Medicredit, PO Box 1629, Maryland Heights, MO 63043-0629 |
| 25366833 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Jun 01 2023 23:46:00 | Medicredit, Inc., Attn: Bankruptcy, Po Box 1629, Maryland Heights, MO 63043-0629 |
| 25366835 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2023 23:46:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 25366836 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2023 23:46:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 25366837 | + | Email/Text: ecfnotices@dor.mo.gov | Jun 01 2023 23:45:00 | Missouri Dept of Revenue, Taxation Division, PO Box 385, Jefferson City, MO 65105-0385 |
| 25366838 | | Email/Text: OACSTEAM@na.firstsource.com | Jun 01 2023 23:46:00 | One Advantage, 7650 Magna Dr, Belleville, IL 62223 |
| 25366839 | + | Email/PDF: cbp@onemainfinancial.com | Jun 01 2023 23:53:12 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 25366841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2023 23:53:12 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25366845 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2023 23:53:09 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25366847 | + | Email/Text: bankruptcynotifications@ssmhealth.com | Jun 01 2023 23:46:00 | SSM Health, 1145 Corporate Lake Dr, Saint Louis, MO 63132-2907 |

| District/off: 0865-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: oextsygr | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 25366849 | | Email/Text: BankruptcyFiling@stlouisco.com | Jun 01 2023 23:45:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25366851 | | Email/Text: bankruptcy@sunbit.com | Jun 01 2023 23:45:00 | Sunbit, P O Box 24010, Los Angeles, CA 90024 |
| 25366853 | | Email/Text: bankruptcy@sunbit.com | Jun 01 2023 23:45:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 25366852 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 01 2023 23:45:00 | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 25366854 | + | Email/Text: bknotices@totalcardinc.com | Jun 01 2023 23:46:00 | Total Card, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 25366855 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 01 2023 23:46:00 | Transworld Systems, 2135 E Primrose, Suite Q, Springfield, MO 65804-4598 |
| 25367197 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Jun 01 2023 23:45:00 | United States Attorney, 111 South 10th Street, 20th Floor, St. Louis MO 63102 |
| 25366856 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 01 2023 23:45:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25366816 | *+ | First Key Homes, 3797 Rider Trail S, Earth City, MO 63045-1114 |
| 25366825 | *+ | Jm Associate, 8019 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 25366826 | *+ | Jm Associate, 8019 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 25366827 | *+ | Jm Associate, 8019 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 25366834 | *+ | Medicredit, Inc., Attn: Bankruptcy, Po Box 1629, Maryland Heights, MO 63043-0629 |
| 25366842 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25366843 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25366857 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 51272, KNOXVILLE TN 37950-1272, address filed with court:, Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 01, 2023 | Form ID: oextsygr | Total Noticed: 59 |

Office of US Trustee
    USTPRegion13.SL.ECF@USDOJ.gov

William H. Ridings, Jr.
    on behalf of Debtor Sherrizon L Crews ridingslaw2003@yahoo.com

TOTAL: 3