UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 23-41626  Chapter 13 |
| SHERRIZON L CREWS ) | Plan Pmt:    $  902.00/Month |
| ) | Term:          60 Months |
| ) | |
| Debtor ) | |

## CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

### CERTIFICATION

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtor's schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled. The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: July 28, 2023
CNFORD--SC

Original Confirmation hearing set for:
June 29, 2023

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### ORDER

It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C. § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  **The automatic stay under 11 U.S.C. § 362 and 11 U.S.C. § 1301 is terminated as to any collateral listed in 3.9(B) of the plan.**  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: August 1, 2023**
**St. Louis, Missouri**

**KATHY A. SURRATT-STATES**
**U.S. Bankruptcy Judge**

| 23-41626 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |
|---|---|---|

Copy mailed to:

SHERRIZON L CREWS
2182 CENTRAL PARKWAY
FLORISSANT, MO  63031

Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

All Creditors and Parties in Interest

WILLIAM H RIDINGS JR
2510 S BRENTWOOD BLVD STE 205
C/O RIDINGS LAW FIRM
ST LOUIS, MO  63144

United States Bankruptcy Court
Eastern District of Missouri

In re: Case No. 23-41626-kss
Sherrizon L Crews Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 4
Date Rcvd: Aug 01, 2023      Form ID: pdfo3      Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherrizon L Crews, 2182 Central Parkway, Florissant, MO 63031-2806 |
| 25366805 | + | Analytical Pathology Services, PO Box 144333, Orlando, FL 32814-4333 |
| 25366807 | | Brother Loan, 327 Missouri Ave, Ste 504, Aberdeen, KY 42201 |
| 25368068 | + | CarShield, Attn. Payroll Department, 339 Mid Rivers Mall Dr, St Peters, MO 63376-1516 |
| 25366810 | + | Clarkson Eyecare, AR Department, PO Box 1129, Ballwin, MO 63022-1129 |
| 25385561 | | Clarkson Eyecare c/o Day Knight & Associates, Po Box 5, Grover, MO 63040-0005 |
| 25366813 | + | Day Knight & Assoc, 15559 Manchester Rd, Ballwin, MO 63011-3001 |
| 25366818 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 25366815 | + | First Key Homes, 3797 Rider Trail S, Earth City, MO 63045-1114 |
| 25366817 | + | Florissant Municipal Crtrm, 4575 Washington St, Florissant, MO 63033-5848 |
| 25366820 | + | Health Lab, PO Box 4090, Carol Stream, IL 60197-4090 |
| 25366824 | + | Jm Associate, 8019 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 25366830 | + | Linebarger, LLP, 900 Arion Parkway, Suite 104, San Antonio, TX 78216-2872 |
| 25366831 | + | Mazda Financial, 6400 Main Street, Suite 200, Buffalo, NY 14221-5803 |
| 25366840 | + | Parkway Pathology Group, PO Box 3475, Toledo, OH 43607-0475 |
| 25366844 | + | Receivable Solutions Inc, PO Box 1984, Southgate, MI 48195-0984 |
| 25366846 | | Sequium Asset Solutions LLC, 1130 Northcahase Parkway, Ste 150, Southgate, MI 48195 |
| 25366848 | + | St Louis Behavioral Halth Services, 12255 DePaul Dr, Ste 490, Bridgeton, MO 63044-2513 |
| 25366850 | + | Steven Baak MD, 3440 De Paul Lane, Suite 113, Bridgeton, MO 63044-3546 |
| 25394471 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 25366858 | + | Washington University Physicians, Campus Box 8502, 4444 Forest Park Ave, Suite 1101, Saint Louis, MO 63108-2212 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25390113 | + | Email/Text: bkdept@aaacheckmate.com | Aug 01 2023 22:53:00 | AAA Checkmate, L.L.C dba Checkmate Lending Solutio, 7647 W 63rd St, Summit, IL 60501-1811 |
| 25383316 | + | Email/Text: amscbankruptcy@adt.com | Aug 01 2023 22:53:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 25366800 | + | Email/Text: amscbankruptcy@adt.com | Aug 01 2023 22:53:00 | ADT Security Systems, 3401 Rider Trail S, Earth City, MO 63045-1110 |
| 25366798 | + | Email/Text: aargon@ebn.phinsolutions.com | Aug 01 2023 22:53:00 | Aargon Collection Agency, 8668 Spring Mountain Rd, Ste 110, Las Vegas, NV 89117-4132 |
| 25366799 | + | Email/Text: bankruptcy@acimacredit.com | Aug 01 2023 22:53:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 25366801 | + | Email/Text: amccoyams@yahoo.com | Aug 01 2023 22:53:00 | Affiliated Management Services, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 25366802 | ^ | MEBN | | |

Case 23-41626   Doc 20   Filed 08/03/23   Entered 08/03/23 23:29:01   Imaged
Certificate of Notice   Pg 4 of 6

| District/off: 0865-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: pdfo3 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 25366803 | ^ | MEBN | Aug 01 2023 22:47:46 | Allied Interstate, PO Box 19326, Minneapolis, MN 55419-0326 |
| 25366804 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2023 22:47:10 | Amcol Systems, PO Box 21625, Columbia, SC 29221-1625 |
| 25395350 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2023 23:17:10 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 25373333 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 23:17:22 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| | | | Aug 01 2023 23:03:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25366806 | | Email/Text: rcmbr@bjc.org | Aug 01 2023 22:52:00 | BJC HealthCare, PO Box 958410, Saint Louis, MO 63195 |
| 25390089 | | Email/Text: bkdept@brotherloan.com | Aug 01 2023 22:53:00 | Brother Loan & Finance Company, 7621 W 63rd St, Summit, IL 60501 |
| 25366812 | | Email/Text: bkdept@crystalrockfin.com | Aug 01 2023 22:53:00 | Crystal Rock Finance, 5610 Delmar Blvd, Saint Louis, MO 63112 |
| 25390112 | | Email/Text: bkdept@crystalrockfin.com | Aug 01 2023 22:53:00 | Crystal Rock Finance, L.L.C., 7639 W 63rd St, Summit, IL 60501 |
| 25366808 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2023 23:03:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25374191 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2023 23:03:57 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 25366809 | + | Email/Text: bkdept@aaacheckmate.com | Aug 01 2023 22:53:00 | Check Mate Lending, 7647 W 63rd St, Summit Argo, IL 60501-1811 |
| 25366811 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 01 2023 22:53:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25366814 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 01 2023 22:53:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 25366819 | | Email/Text: bankruptcy@frost-arnett.com | Aug 01 2023 22:51:00 | Frost Arnett, PO Box 198988, Nashville, TN 37219 |
| 25366821 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 01 2023 22:52:00 | IC Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 25366823 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 01 2023 22:52:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25366822 | + | Email/Text: RCG_ComplianceDept@assurant.com | Aug 01 2023 22:52:00 | Iq Data International, Attn: Bankruptcy, Po Box 340, Bothell, WA 98041-0340 |
| 25366828 | | Email/Text: govtaudits@labcorp.com | Aug 01 2023 22:52:00 | Lab Corp, PO Box 2240, Burlington, NC 27216 |
| 25366829 | | Email/Text: govtaudits@labcorp.com | Aug 01 2023 22:52:00 | LCA Collections, PO Box 2240, Burlington, NC 27216 |
| 25373331 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 23:04:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25366832 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Aug 01 2023 22:53:00 | Medicredit, PO Box 1629, Maryland Heights, MO 63043-0629 |
| 25366833 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Aug 01 2023 22:53:00 | Medicredit, Inc., Attn: Bankruptcy, Po Box 1629, Maryland Heights, MO 63043-0629 |
| 25366835 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2023 22:52:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 25390040 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2023 22:52:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 25366836 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 01 2023 22:52:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 25393270 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 01 2023 22:51:00 | Missouri Department of Revenue, PO Box 475, Jefferson City, MO 65105-0475 |
| 25366837 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 01 2023 22:51:00 | Missouri Dept of Revenue, Taxation Division, PO Box 385, Jefferson City, MO 65105-0385 |
| 25366838 | | Email/Text: OACSTEAM@na.firstsource.com | Aug 01 2023 22:52:00 | One Advantage, 7650 Magna Dr, Belleville, IL 62223 |
| 25366839 | + | Email/PDF: cbp@omf.com | Aug 01 2023 23:04:02 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 25366841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 01 2023 23:04:04 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25388994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 01 2023 23:48:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 25366845 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 23:04:12 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25393346 | | Email/Text: bankruptcytn@wakeassoc.com | Aug 01 2023 22:52:00 | SOUTHEASTERN EMERGENCY SVC OF MEMPHIS, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 25366847 | + | Email/Text: bankruptcynotifications@ssmhealth.com | Aug 01 2023 22:53:00 | SSM Health, 1145 Corporate Lake Dr, Saint Louis, MO 63132-2907 |
| 25366849 | | Email/Text: BankruptcyFiling@stlouisco.com | Aug 01 2023 22:51:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25366851 | | Email/Text: bankruptcy@sunbit.com | Aug 01 2023 22:52:00 | Sunbit, P O Box 24010, Los Angeles, CA 90024 |
| 25366853 | | Email/Text: bankruptcy@sunbit.com | Aug 01 2023 22:52:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 25398178 | + | Email/Text: bncmail@w-legal.com | Aug 01 2023 22:52:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 25398184 | + | Email/Text: bncmail@w-legal.com | Aug 01 2023 22:53:00 | Select Medical, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 25366852 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 01 2023 22:52:00 | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 25366854 | + | Email/Text: bknotices@totalcardinc.com | Aug 01 2023 22:52:00 | Total Card, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 25366855 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 01 2023 22:53:00 | Transworld Systems, 2135 E Primrose, Suite Q, Springfield, MO 65804-4598 |
| 25367197 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Aug 01 2023 22:51:00 | United States Attorney, 111 South 10th Street, 20th Floor, St. Louis MO 63102 |
| 25393354 | | Email/PDF: ebn_ais@aisinfo.com | Aug 01 2023 23:17:02 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 25366856 | | Email/Text: bankruptcytn@wakeassoc.com | Aug 01 2023 22:52:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**

Case 23-41626   Doc 20   Filed 08/03/23   Entered 08/03/23 23:29:01   Imaged
Certificate of Notice   Pg 6 of 6

| District/off: 0865-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: pdfo3 | Total Noticed: 73 |

| 25366816 | *+ | First Key Homes, 3797 Rider Trail S, Earth City, MO 63045-1114 |
| 25366825 | *+ | Jm Associate, 8019 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 25366826 | *+ | Jm Associate, 8019 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 25366827 | *+ | Jm Associate, 8019 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 25366834 | *+ | Medicredit, Inc., Attn: Bankruptcy, Po Box 1629, Maryland Heights, MO 63043-0629 |
| 25366842 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25366843 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25366857 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 51272, KNOXVILLE TN 37950-1272, address filed with court:, Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com   trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Sherrizon L Crews ridingslaw2003@yahoo.com |

TOTAL: 3